THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHRISTINE DOLL and CHRISTOPHER DOLL, a married couple,, <br><br> Plaintiffs, <br><br> vs. <br><br> MILITARY DELI & BAKERY SERVICES, INC., a California corporation, <br><br> Defendant. | No. 3:14-cv-05984-KLS <br><br> ANSWER TO COMPLAINT <br><br> **<u>JURY DEMAND</u>** |

Defendant Military Deli & Bakery Services, Inc. (hereinafter "Answering Defendant") hereby answers Plaintiffs' Complaint. All allegations not specifically admitted are expressly denied.

1.1     On information and belief, Answering Defendant admits the allegations in 1.1.

1.2     Answering Defendant admits the allegations in 1.2.

2.1     Answering Defendant admits that Plaintiffs allege the acts occurred in Pierce County, but Answering Defendant denies that Answering Defendant committed any negligent acts or omissions.

2.2     Answering Defendant admits that jurisdiction is proper under RCW 2.08.010 and RCW 4.28.080.

ANSWER TO COMPLAINT (Cause No. 3:14-cv-05984-KLS) – 1
ys/AED1567.017/1752286x

 WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

2.3    Answering Defendant admits that venue is proper in Pierce County Superior Court.

3.1    No response is required to paragraph 3.1.

3.2    Answering Defendant is without sufficient information to admit or deny the allegations in this paragraph; therefore, the paragraph is denied.

3.3    Answering Defendant admits the allegations in 3.3.

3.4    Answering Defendant is without sufficient information to admit or deny the allegations in this paragraph; therefore, the paragraph is denied.

3.5    Answering Defendant denies the allegations in 3.5.

3.6    Paragraph 3.6 purports to describe Answering Defendant's legal duties. Answering Defendant denies Plaintiffs' characterization in paragraph 3.6.

3.7    Answering Defendant denies the allegations in 3.7.

3.8    Answering Defendant denies the allegations in 3.8.

3.9    Answering Defendant denies the allegations in 3.9.

4.1    Answering Defendant denies the allegations in 4.1.

4.2    Answering Defendant denies the allegations in 4.2.

4.3    Answering Defendant denies the allegations in 4.3.

4.4    Answering Defendant denies the allegations in 4.4.

5.1    Answering Defendant denies that Plaintiffs are entitled to any damages as identified in paragraph 5.1 of the Complaint and further deny that Plaintiffs are entitled to any other relief.

## AFFIRMATIVE DEFENSES

Having thus expressed its Answer to the allegations contained in the Complaint, Defendant states the following as its Affirmative Defenses:

ANSWER TO COMPLAINT (Cause No. 3:14-cv-05984-KLS) – 2
ys/AED1567.017/1752286x

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1. Plaintiffs' injuries or damages were caused, either in whole or in part, by their own negligence or fault.

2. Plaintiffs' injuries or damages were caused, either in whole or in part, by prior injuries or conditions unrelated to Plaintiffs' claims in this lawsuit.

3. Plaintiffs' injuries or damages, if any, may have been caused, either in whole or in part, by the acts, omissions, conditions, fault, or negligence of persons or entities over whom the answering defendant had no control or right of control.  Those entities include the Defense Commissary Agency, commonly known as DeCA, its employees, agents, or representatives; or patrons of the Commissary. Discovery is beginning.

4. Plaintiffs' injuries or damages, if any, may have been caused, either in whole or in part, by the acts, omissions, conditions, fault, or negligence of persons or entities over whom the answering defendant had no control or right of control, including but not limited to patrons of the Commissary.

5. In the event that the Plaintiffs are awarded damages against the Answering Defendant, then the Answering Defendant is entitled to an offset for the Plaintiffs' own negligence and fault, and the negligence and fault of other parties and/or non-parties.  Discovery is beginning.

6. The Plaintiffs may have failed to mitigate their damages or protect themselves from avoidable consequences.  Discovery is beginning.

7. The answering Defendant specifically reserves the right to amend this answer to include additional claims or defenses as may be required.

ANSWER TO COMPLAINT (Cause No. 3:14-cv-05984-KLS) – 3
ys/AED1567.017/1752286x

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

SPECIFIC RESERVATION

Defendant specifically reserves the right to amend this answer by way of adding additional affirmative defenses, counter-claims, cross-claims, or by instituting third-party actions as additional facts are obtained through further investigation and discovery.

WHEREFORE, having fully answered Plaintiffs' Complaint and raised affirmative defenses, Defendant prays:

1.    That Plaintiffs' Complaint be dismissed with prejudice and that Defendant be awarded costs and attorney's fees in defending the action;

2.    For apportionment of fault under RCW 4.22.070; and

3.    For such other relief as the court deems just and equitable.

DATED this 30th day of December, 2014.

s/Alfred E. Donohue_____
s/Kendra Comeau_____
Alfred E. Donohue (WSBA #32774)
Kendra Comeau (WSBA # 44581)
Wilson Smith Cochran Dickerson
901 – 5th Avenue, Suite 1700
Seattle, WA  98164
Telephone: (206) 623-4100
Facsimile: (206) 623-9273
donohue@wscd.com
comeau@wscd.com
Attorneys for Defendant Military Deli & Bakery Services, Inc.

ANSWER TO COMPLAINT (Cause No. 3:14-cv-05984-KLS) – 4
ys/AED1567.017/1752286x



WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served via CM/ECF system the foregoing document on:

**Attorney for Plaintiffs**
Richard Benedetti
Monte Bersante
Benjamin Zielinski
Davies Pearson, P.C.
920 Fawcett Avenue
P.O. Box 1657
Tacoma, WA 98401
Phone: 253-620-1500
Fax: 253-572-3052
Email: bzielinski@dpearson.com
Email: rbenedetti@dpearson.com
Email: mbersante@dpearson.com

**SIGNED** this 30th day of December, 2014, at Seattle, Washington.

*s/Yana Strelyuk*_____
Yana Strelyuk. Legal Secretary to
Alfred E. Donohue (WSBA #32774)
Wilson Smith Cochran Dickerson
901 – 5th Avenue, Suite 1700
Seattle, WA  98164
Telephone: (206) 623-4100
Facsimile: (206) 623-9273
donohue@wscd.com
Attorney for Defendant Military Deli & Bakery Services, Inc.

ANSWER TO COMPLAINT (Cause No. 3:14-cv-05984-KLS) – 5
ys/AED1567.017/1752286x

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273